UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRAINE MCGEE ET AL | CIVIL ACTION |
| VERSUS | NO: 08-4704 |
| ARKEL INTERNATIONAL, LLC | SECTION: J(4) |

**ORDER**

Considering Plaintiffs' **Motion for New Trial and Motion to Reconsider, (Rec. Doc. 81)**,

Plaintiffs have filed what is essentially a Rule 59(e) motion, asking this Court to alter its judgment which granted summary judgment in favor of Arkel International, LLC.

Plaintiffs' motion to reconsider is based on evidence and arguments that could have been presented to this Court before Defendant's summary judgment was granted. Plaintiffs have essentially updated their original pleadings to include more detailed information, all of which was readily available prior to this Court's granting of the motion for summary judgment.

As stated in Ross v. Marshall, 426 F.3d 745, 763 (5th Cir. 2005), "[a] motion to alter or amend judgment must 'clearly establish either a manifest error of law or fact or must present newly discovered evidence. These motions cannot be used to raise arguments which could, and should, have been made before the judgment issued.'" Id., but cf., Lavespere v. Niagara Mach. & Tool Works, Inc., 910 F.2d 167, 185 (5th Cir. 1990) (stating that

because the *denial* of a summary judgment is an interlocutory order, "[a] trial court is free to reconsider and reverse its decision [to deny the motion] for any reason it deems sufficient, even in the absence of new evidence or an intervening change in or clarification of the substantive law"). Therefore, it is improper for Plaintiffs to attempt to use this motion to bring forth evidence and arguments that were available prior to this Court's granting of the motion for summary judgment.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for New Trial and Motion to Reconsider (Rec. Doc. 81)** is hereby **DENIED**.

New Orleans, Louisiana, this 25th day of March, 2009.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE